# IN THE SUPREME COURT OF THE STATE OF NEVADA

FIRST 100, LLC, A NEVADA LIMITED
LIABILITY COMPANY,

Appellant,

vs.

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE, FOR THE BENEFIT OF
HARBOR VIEW 2005-1 TRUST FUND,
A REMIC TRUST; AND MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., A FOREIGN
CORPORATION,

Respondents.

No. 70085

FILED

SEP 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On July 11, 2016, this court entered an order granting the motion of appellant's counsel to withdraw. Pursuant to that order, we directed appellant, within 30 days, to retain new counsel and to cause counsel to file a notice of appearance in this court. We cautioned appellant that failure to comply with this order would result in the dismissal of this appeal as abandoned. To date, appellant has filed to respond to our order and no new counsel has filed a notice of appearance. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Paraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Michelle Leavitt, District Judge
John Boyer, Settlement Judge
First 100, LLC, A Nevada Limited Liability Company
Maier Gutierrez Ayon, PLLC
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk